This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40072

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.

**BEVERLY MELENDEZ,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Mary Marlowe Sommer, District Court Judge**

Raúl Torrez, Attorney General
Maris Veidemanis, Assistant Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Santa Fe, NM

for Appellant

### MEMORANDUM OPINION

**IVES, Judge.**

**{1}** Defendant appeals her convictions for second degree murder and negligent use of a weapon. [CN 1] In our notice of proposed disposition, we proposed to reverse Defendant's convictions because the detective in this case failed to honor Defendant's unequivocal request for counsel. [CN 4, 6] The State has responded to this Court's notice of proposed disposition, stating that it does not oppose the Court's proposed resolution in this case. [Rsp. 1] Accordingly, for the reasons stated in our notice of proposed disposition and herein, we reverse Defendant's convictions and remand this case to the district court for further proceedings.

**{2}**     IT IS SO ORDERED.

**ZACHARY A. IVES, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**JANE B. YOHALEM, Judge**